**Continuing Abatement Order filed January 28, 2020**



In The

# Fourteenth Court of Appeals

_____

## NO.  14-18-01000-CR
_____

**AUSTIN  VAUGHN GREER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 458th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 15-DCR-070181A**

---

## CONTINUING ABATEMENT ORDER

On January 7, 2020, this appeal was abated to the trial court for consideration of its request to permit the District Attorney and his Assistant District Attorneys to recuse in a particular case for good cause. *See* Tex. Code Crim. Proc. art. 2.07. On January 17, 2020, a supplemental clerk's record was filed. The orders contained in the record are blank.

Accordingly, the trial court is directed to immediately consider the Fort Bend District Attorney's Office request to permit the District Attorney and his Assistant District Attorneys to recuse from this case. If the trial court finds good cause for the recusal and grants the request, the trial court shall appoint a District Attorney Pro Tem and see that a supplemental clerk's record containing the appointment is filed in this court within twenty days of the date of this order.

If the trial court denies the request, the trial court shall see that a supplemental clerk's record containing the trial court's ruling is filed in this court within twenty days of the date of this order.

The appeal will remain abated, treated as a closed case, and removed from this Court's active docket. The appeal will be reinstated on this Court's active docket when the supplemental record is filed in this Court. The Court will also consider an appropriate motion to reinstate the appeal filed by either party, or the Court may reinstate the appeal on its own motion.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Christopher and Bourliot.